JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03720-RGK (Ex) | Date | July 11, 2008 |
|---|---|---|---|
| Title | UNITED STEEL, et al v. SHELL OIL, et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS)** Order Remanding Case to State Court

On April 25, 2008, Plaintiffs United Steel, Paper & Forestry, Rubber Manufacturing, Energy, Allied Industrial & Service Workers International Union, AFL-CIO, CLC; Richard Floyd; and Eduardo Carbejal (collectively, "Plaintiffs") filed suit against Defendants Shell Oil Company ("Shell"), Equilon Enterprises LLC ("Equilon"), and Tesoro Refining and Marketing Company ("Tesoro") in Los Angeles Superior Court. Shell and Equilon were served on May 6, 2008. Tesoro was served on May 7, 2008. Shell and Equilon then filed their notice of removal on June 5, 2008. A day later, on June 6, Tesoro filed its notice of removal.

On June 27, 2008, this Court issued an order declining Shell and Equilon's removal and remanding the case to Los Angeles Superior Court. *Shell Oil v. United Steel*, CV 08-03693 RGK (Ex) (C.D. Cal. June 27, 2008). For the same reasons, this Court declines Tesoro's removal and remands this case to Los Angeles Superior Court.

Pursuant to 28 U.S.C. § 1446(b), defendants are required to file a notice of removal within thirty days of service. District courts are split on how to apply the thirty-day rule in cases with multiple defendants. *McAnally Enters., Inc. v. McAnally*, 107 F. Supp. 2d 1223, 1226 (C.D. Cal. 2000). The majority of district courts have adopted the "first-served rule" under which the thirty-day removal period commences with service on the first defendant. *Id.; see also United Computer Sys. v. AT&T Corp.*, 298 F.3d 756, 762 (9th Cir. 2002) (observing that the majority of courts have "apparently adopted" the first-served rule). On the other hand, the minority view allows each defendant to remove within thirty days from when that particular defendant is served, i.e., the "last-served rule." *McAnally*, 107 F. Supp. 2d at 1226. The Ninth Circuit has yet to address this issue. In this case, the Court adopts the majority view.

According to Court Records, Shell and Equilon filed a Notice of Removal on June 5, the thirtieth day from when they were served.  Tesoro, being served one day after Shell and Equilon, had twenty-nine days to join in this removal without any risk of exceeding the deadline under either the majority or minority view.  Likewise, Shell and Equilon had twenty-nine days to secure Tesoro's joinder in their removal.  Nevertheless, Tesoro did not file its Notice of Removal until June 6, more than thirty days after Shell and Equilon were served.

Because Tesoro failed to file a timely removal under the first-served rule, the Court declines removal.  The Court hereby orders this case to be remanded to Los Angeles Superior Court.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |